UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

TIMOTHY E. TRIMBLE,
          **Plaintiff,**

-vs-                                       Case No. 2:07-cv-508-FtM-34DNF

UNITED STATES SOCIAL SECURITY,
SSA,
          **Defendants.**
_____

## ORDER

This matter is before the Court on the Plaintiff, Timothy Trimble's Motion to Return Filing Fee (Doc. 65) filed on January 25, 2010. Mr. Trimble is requesting that the filing fee for this case be returned to him because he has been found to be indigent by the Eleventh Circuit Court of Appeals. Pursuant to 28 U.S.C. §1914(a), "[t]he Clerk of each district court shall require the parties instituting any civil action, suit or proceeding in such court, whether by original process, removal or otherwise, to pay a filing fee of $350 . . ." Mr. Trimble did not file a motion for leave to proceed *in forma pauperis* when he instituted this action, but decided to pay the full filing fee at that time. The Court finds no merit in his request to have the filing fees returned to him.

**IT IS HEREBY ORDERED:**

The Motion to Return Filing Fee (Doc. 65) is hereby **DENIED**.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this  18th  day of February, 2010.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

-1-